*ence M. Mulholland,* and *Willard H. McEwen* for petitioners. *Mr. Walter L. McDermott* for respondent.

No. 210. RAPID ROLLER Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Homer Cummings* and *Charles LeRoy Brown* for petitioner. *Assistant Solicitor General Cox* and *Messrs. Robert B. Watts* and *Ernest A. Gross* for respondent.

Nos. 211 and 212. EASTERN BUILDING CORPORATION *v.* UNITED STATES. October 12, 1942. Petition for writs of certiorari to the Court of Claims denied. *Messrs. Homer Cummings* and *Raymond E. Hackett* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 216. A. W. STICKLE & Co. *v.* INTERSTATE COMMERCE COMMISSION. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. John B. Dudley* and *Duke Duvall* for petitioner. *Messrs. Daniel W. Knowlton* and *Francis A. Silver* for respondent.

No. 217. OHIO EX REL. LIEN, SUPERINTENDENT OF BANKS, *v.* METROPOLITAN LIFE INSURANCE Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas J. Herbert,* Attorney General of Ohio, and *George*

*R. Effler* for petitioner.    *Mr. Frank Ewing* for respondent.

No. 219.   PICARD, ADMINISTRATOR, ET AL. *v.* UNITED AIRCRAFT CORP.   October 12, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Messrs. George I. Haight* and *M. K. Hobbs* for petitioners.   *Messrs. Drury W. Cooper* and *C. Blake Townsend* for respondent.

No. 220.   TRINITY CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE.   October 12, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Robert Ash* for petitioner.   *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Samuel H. Levy, Newton K. Fox,* and *Archibald Cox* for respondent.

No. 222.   ROSE *v.* UNITED STATES.   October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Mr. Edward M. Box* for petitioner.   *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Ellis N. Slack* for the United States.

No. 223.   PANDOLFO *v.* UNITED STATES.   October 12, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Mr. James M. Hervey* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney Gen-*